IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF TEXAS

EL PASO DIVISION

| | | |
|---|---|---|
| In Re: | * | Chapter 13 |
| | * | |
| Jorge Alberto Castillo and wife, | * | |
| Margarita Esparza | * | |
| | * | |
| Debtor(s) | * | BANKRUPTCY NO. 19-31618 |

## MOTION TO SELL REAL PROPERTY
## AND 1st REQUEST FOR ADDITIONAL ATTORNEY'S FEES

TO THE HONORABLE BANKRUPTCY JUDGE:

COMES NOW, Jorge Alberto Castillo and wife Margarita Esparza by and through their attorneys, EDGAR J. BORREGO/MIGUEL A. FLORES, and respectfully files this Motion to Sell Real Property and 1st Request for Additional Attorney's Fees and as grounds thereof, would respectfully show the Court as follows:

I.

Debtor(s) filed a Chapter 13 case on September 30, 2019 and it was confirmed on March 26, 2020.

II.

Debtor(s) plan payments are $200.00 per month for 60 months. Debtors would pay the Trustee an additional $22,000.00 total from his tax refunds over the next five (5) years in the following manner: April 2020 in the amount of $2,000.00, April 2021 in the amount of $2,000.00, April 2022 in the amount of $2,000.00 and April 2023 in the amount of $2,000.00 and April 2024 in the amount of $2,000.00. The plan base is $22,000.00. The approximate percentage to the unsecured allowed claims at the time of filing was 7%.

III.

The legal description of Debtors' property to be sold is "BLK 313 TIERRA DEL ESTE #67 LOT 9, El Paso County, Texas." It is commonly known as 3316 PERUVIAN PASO DR. El Paso, Texas. Currently, the estimated balance owed to LoanCare is approximately $89,508.43.

IV.

A Motion to Lift the Stay was filed April 1, 2020. Debtors entered an Agreed Order terminating the Automatic Stay on June 19, 2020 surrendering the property. This home is listed on Schedule A and Federal Exempted in Schedule C in their petition. The property is scheduled to foreclose on November 2, 2021.

V.

Debtor(s) has a Settlement Statement to sell the property with Texas Title Company East and the house is now in the process of selling. They received an offer on the property for $120,000.00. (See Attached)

VI.

Debtor(s) request that the ad valorem taxes for year 2021 pertaining to the subject property shall be prorated in accordance with the Earnest Money Contract and shall become the responsibility of the Purchaser and the 2021 ad valorem tax lien shall be retained against the subject property until said taxes are paid in full.

VII.

The title company will be directed to send the Chapter 13 Trustee the net proceeds of $25,963.56. Debtor will file a separate Motion for determination of these funds.

VIII.

1st REQUEST FOR ADDITONAL ATTORNEY'S FEES

Debtor(s) counsel requests an additional $400.00 fees for the preparation and prosecution of the Motion to Sell to be paid under the Chapter 13 plan.

IX.

Attached to this Motion is Exhibit "A" showing the form of proposed order.

WHEREFORE, PREMISES CONSIDERED, Debtor prays that after notice and hearing, the Motion to Sell Real Property and Determination of Funds and 1st Request for Additional Attorney's Fees as set out above be granted and for other relief they may show themselves entitled.

DATED on this the Oct 7, 2021 .

Respectfully submitted,

_____
Jorge Alberto Castillo

_____
EDGAR J. BORREGO, SBN 00787107
MIGUEL A. FLORES, SBN 24036574
Attorney for Debtor(s)
2610 Montana Avenue
El Paso, TX 79903
(915) 566-4300 Telephone
(915) 566-1122 Facsimile
efile@tanzyborrego.com

_____
Margarita Esparza

## CERTIFICATE OF SERVICE

I certify that on __14th__ day of __Oct__, 2021 a true and correct copy of the above and foregoing was served upon the following parties via electronic means as listed on the court's ECF noticing system or by regular first class mail:

_____
Edgar J. Borrego/Miguel Flores
Tanzy & Borrego Law Offices P.L.L.C.

TB#39504/lr

Label Matrix for local noticing
0542-3
Case 19-31618-hcm
Western District of Texas
El Paso
Thu Oct  7 17:28:27 CDT 2021

U.S. BANKRUPTCY COURT
511 E. San Antonio Ave., Rm. 444
EL PASO, TX 79901-2417

AT & T
Bankruptcy Department
P.O. Box 769
Arlington, TX 76004-0769

AT & T
c/o Credence Resource Management
17000 Dallas Parkway
Suite 204
Dallas, TX 75248-1940

Attorney General
10th & Constitution N.W.
Main Justice Bldg. #5111
Washington, DC 20530-0001

Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

Capital One
c/o Portfolio Recovery Associates
P.O. Box 41067
Norfolk, VA 23541-1067

Castle & Cooke Mortgage, LLC
c/o LoanCare, LLC
3637 Sentara Way
Virginia Beach, VA 23452-4262

Chamizal Emergency Physicians
P.O. BOX 98620
Las Vegas, NV 89193-8620

Chamizal Emergency Physicians
c/o Phoenix Financial Services, LLC
PO Box 361450
Indianapolis, IN 46236-1450

City of El Paso
c/o Bradley S. Balderrama
711 Navarro, Ste. 300
San Antonio, TX 78205-1749

Department Stores National Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA  98083-0657

Dillard's/Wells Fargo
Attn: Bankruptcy Department
P.O. Box 14517
Des Moines, IA 50306-3517

El Paso Imaging Consultants PLLC
7100 Westwind Dr., Suite130
El Paso, TX 79912-1757

El Paso Imaging Consultants PLLC
c/o Collection Resources
2700 1st Street North Suite 303
Saint Cloud, MN 56303-4583

Evolve Credit Union
8840 Gazelle Dr.
El Paso, TX 79925-5817

(p)US DEPT OF HOUSING AND URBAN DEVELOPMENT R
MARCUS R PATTON
OFFICE OF GENERAL COUNSEL
801 CHERRY ST UNIT 45
FT WORTH TX 76102-6882

GECU
P.O. Box 20998
El Paso, TX 79998-0998

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
Special Procedures Staff- Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346

JC Penney/Syncb
Attn: Bankruptcy Dept
P.O Box 965060
Orlando, FL 32896-5060

JC Penny/Syncb
c/o Portfolio Recovery Associates
P.O. Box 41067
Norfolk, VA 23541-1067

LoanCare
c/o Marinosci & Baxter
14643 Dallas Parkway
Suite 750
Dallas, TX 75254-8884

Loancare
P.O. Box 60509
City of Industry, CA 91716-0509

Loancare
c/o Marinosci Law Group, PC
14643 Dallas Parkway
Ste. 750
Dallas, TX 75254-8884

(p)DSNB MACY S
CITIBANK
1000 TECHNOLOGY DRIVE MS 777
O FALLON MO 63368-2222

Midland Funding LLC
8875 Aero Dr.
Suite 200
San Diego, CA 92123-2255

Midland Funding LLC
Po Box 2011
Warren MI 48090-2011

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

(p)PERITUS PORTFOLIO SERVICES II  LLC
PO BOX 141419
IRVING TX 75014-1419

| | | |
|---|---|---|
| (p)PERITUS PORTFOLIO SERVICES<br>PO BOX 141419<br>IRVING TX 75014-1419 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Progressive<br>P.O. Box 650201<br>Dallas, TX 75265-0201 |
| Progressive<br>c/o Credit Collection Services<br>Two Wells Ave.<br>Newton Center, MA 02459-3225 | Providence Imaging Consultants<br>P.O. Box 3180<br>Indianapolis, IN 46206-3180 | Providence Imaging Consultants<br>c/o Action Revenue Recovery<br>910 Bres Ave.<br>Monroe, LA 71201-5955 |
| Sam's Club/Syncb<br>Attn: Bankruptcy Dept.<br>P.O. Box 965060<br>Orlando, FL 32896-5060 | Sam'sClub/Syncb<br>c/o Midland Funding LLC<br>8875 Aero Dr.<br>Suite 200<br>San Diego, CA 92123-2255 | Santander Consumer USA<br>P.O. Box 560284<br>Dallas, TX 75356-0284 |
| Santander Consumer USA<br>c/o Wollemi Acquisitions LLC<br>P.O. Box 165028<br>Irving, TX 75016-5028 | Synchrony Bank<br>P.O. Box 960061<br>Orlando, FL 32896-0061 | Synchrony Bank<br>c/o Portfolio Recovery Associates<br>P.O. Box 41067<br>Norfolk, VA 23541-1067 |
| Tax Assessor/Collector<br>P.O. Box 2992<br>El Paso, TX 79999-2992 | U.S. Attorney/FHA/HUD/IRS/VA<br>601 N.W. Loop 410<br>Suite 600<br>San Antonio, TX 78216-5512 | United States Trustee - EP12<br>U.S. Trustee's Office<br>615 E. Houston, Suite 533<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 |
| (p)VETERANS ADMINISTRATION<br>PO BOX 11930<br>ST PAUL MN 55111-0930 | (p)VIVINT INC<br>4931 N 300 W<br>PROVO UT 84604-5816 | Vivint<br>c/o Perfection Collection, LLC<br>313 E 1200 S Ste 102<br>Orem, UT 84058-6910 |
| Wollemi Acquisitions, LLC<br>AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Wollemi Acquisitions, LLC by AIS Portfolio S<br>P.O. Box 4138<br>Houston, TX 77210-4138 | evolve federal credit union<br>8840 Gazelle<br>El Paso, TX 79925-5817 |
| Edgar Borrego1<br>Tanzy & Borrego Law Offices<br>2610 Montana Avenue<br>El Paso, TX 79903-3712 | Jorge Alberto Castillo<br>3316 Peruvian Paso Dr.<br>El Paso, TX 79938-1012 | Margarita Esparza<br>3316 Peruvian Paso Dr.<br>El Paso, TX 79938-1012 |
| Miguel Flores1<br>Tanzy & Borrego Law Offices<br>2610 Montana Avenue<br>El Paso, TX 79903-3712 | Miguel Flores2<br>Tanzy & Borrego Law Offices<br>2610 Montana Avenue<br>El Paso, TX 79903-3712 | Miguel Alejandro Flores<br>Tanzy & Borrego Law Offices<br>2610 Montana<br>El Paso, TX 79903-3712 |
| Stuart C. Cox<br>El Paso Chapter 13 Trustee<br>1760 N. Lee Trevino Dr.<br>El Paso, TX 79936-4565 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| FHA/HUD<br>451 7th Street S.W.<br>Washington, DC 20410 | Internal Revenue Service<br>Special Procedures Branch<br>300 E. 8th Street<br>Stop 5022<br>Austin, TX 78701 | Macy's<br>Attn: Bankruptcy Dept.<br>P.O. Box 8053<br>Madison, OH 45040 |
| Pendrick Capital Partners, LLC<br>Peritus Portfolio Services II, LLC<br>PO BOX 141419<br>IRVING, TX 75014-1419 | Peritus Portfolio Services<br>433 E Las Colinas Blvd.<br>Irving, TX 75039 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |
| Veterans Administration<br>Attn: Support Services Division (243)<br>701 Clay Avenue<br>Waco, TX 76799-0001 | Vivint<br>4931 North 300 West<br>Provo, UT 84604 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Santander Consumer USA
c/o AIS Portfolio Services, LLC

End of Label Matrix
Mailable recipients   57
Bypassed recipients    1
Total                 58